UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

                                                Chapter 7
                                      Case No.: 18-17468-RAM

**GARY TREMBLAY,**
    Debtor.
_____/

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE
*(Re: 20 NW 197 Street, Mimi, FL 33169)*

**PLEASE TAKE NOTICE** that Chase A. Berger, Esq. and Ghidotti | Berger, LLP hereby enter their appearance as counsel for Secured Creditor, **BSI FINANCIAL SERVICES, AS SERVICING AGENT FOR HMC ASSETS, LLC SOLELY IN ITS CAPACITY AS SEPARATE TRUSTEE OF COMMUNITY DEVELOPMENT FUND II TRUST** ("BSI Financial Services" or "Secured Creditor"), in these proceedings.

All parties shall take note that all future pleadings, notices, correspondence and any and all other pertinent data pertaining to the above-styled matter shall be forwarded to the undersigned counsel at the address listed below.

**Dated this 27th day of June, 2018.**

                                                Respectfully submitted:
                                                **GHIDOTTI | BERGER, LLP**
                                                *Attorneys for Secured Creditor*
                                                3050 Biscayne Blvd. - Suite 402
                                                Miami, Florida 33137
                                                Telephone: (305) 501.2808
                                                Facsimile: (954) 780.5578

                                        By: ___/s/ Chase A. Berger_____
                                                Chase A. Berger, Esq.
                                                Florida Bar No. 083794
                                                cberger@ghidottiberger.com

<em>Case No.: 18-17468-RAM</em>

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By: /s/ Chase A. Berger
Chase A. Berger, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 27, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Debtor*
**Gary Tremblay**
20 NW 197 Street
Miami, FL 33169

*Debtor's Counsel*
**Kevin L Hagen, Esq**
3531 Griffin Rd
Ft. Lauderdale, FL 33312

*Trustee*
**Marcia T Dunn**
555 NE 15 St, Ste 934-A
Miami, FL 33132

By: /s/ Chase A. Berger
Chase A. Berger, Esq.

- 2 -